# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-5264** | **September Term, 2023** |
| | **1:22-cv-03202-CRC** |
| | **Filed On:** June 26, 2024 |

Scott & White Health Plan, doing business as
Baylor Scott & White Health Plan,

      Appellee

      v.

Xavier Becerra, in his official capacity as
Secretary of the Department of Health and
Human Services,

      Appellant

### O R D E R

Upon consideration of the stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                        BY:    /s/
                                    Hannah N. Gorman
                                    Deputy Clerk